# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ruby Moss, a single woman,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Renaissance Hotel Operating Company, a Maryland Corporation,<br><br>　　　　　　Defendant. | No. CV-13-02526-PHX-NVW<br><br>**JUDGMENT** |

　　　The Court having granted Defendant's Motion to Enforce Settlement (Doc. 55) and good cause appearing,

　　　IT IS THEREFORE ORDERED AND ADJUDGED that:

　　　(1)　Plaintiff's claims are dismissed with prejudice;

　　　(2)　Any and all claims of Plaintiff, known or unknown, against Defendant and its owners, shareholders, subsidiaries, successors, affiliates, insurers, officers, directors, employees, attorneys, and representatives, which were or could have been asserted, arising prior to the entry of the Order are dismissed with prejudice;

　　　(3)　Plaintiff shall not disparage Defendant or any of its related business entities, any of their officers or employees, or any of their actions or writings;

(4) Plaintiff shall not seek reemployment with Defendant or any of its subsidiaries, affiliates or divisions, and Defendant can reject her application and she will have no recourse;

(5) Plaintiff has agreed to a confidentiality clause and a liquidated damages provision should Plaintiff breach the confidentiality clause;

(6) Defendant does not admit any liability, guilt, wrongdoing, or noncompliance with any federal, state, or local law; and

(7) Defendant shall provide Plaintiff the settlement proceeds, as defined in the Settlement Agreement provided to Plaintiff, within twenty-one (21) days of the entry of this Judgment, failing which, this Judgment may be vacated.

The Clerk shall terminate this case.

Dated this 4th day of November, 2014.

Neil V. Wake
United States District Judge